5 March 08

To: United States Northern District Court, clerk;
Subject: Shrumburger v. Kirkland,
C07-4597 MHP (PR)
JSW

 I would like a copy of this courts Referred directory for attorneys that except prison cases. Your assistance here is highly appreciated. Thank you!

Respectfully,
H. Shrumburger, # D16530
5905 Lake Earl dr.
Crescent City, Ca 95531

RECEIVED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA