UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAROLD SHAMBURGER,

        Plaintiff,

  v.

R.KIRKLAND et al,

        Defendant.
_____/

Case Number: CV07-04597 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harold B. Shamburger D-16530
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: April 1, 2008

                              Richard W. Wieking, Clerk
                              By: Frank Justiliano, Deputy Clerk