4/13/08

JAMIE EDER PRO SE DEPT.

SUBJECT: SHAMBURGER V. KIRKLAND C07 4597 JSW(PR)

I AM WRITING THIS W/ THE HOPES OF OBTAINING A COPY OF AN ATTACHMENT (EXHIBIT) ATTACHED TO MY 42 USC 7. 1983 CIVIL RIGHTS COMPLAINT, A PRISON GRIEVANCE LOG # PBSP-D06-01933 THIRD LEVEL RESPONSE (DIRECTOR LEVEL RESPONSE).

YOUR ASSISTANCE WOULD BE HIGHLY APPRECIATED.

THANK YOU!

SINCERELY
HAROLD SHAMBURGER # D16530
5905 LAKE EARL DRIVE
CRESCENT CITY, CA 95531

FILED
APR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

