RECEIVED
MAY 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### REQUEST FOR PHOTOCOPIES

You must comply with the following requirements in order to receive photocopies of documents or docket sheets. In PART I, you must describe exactly which documents you are requesting and agree to pay the amount of $ 0.50 per page. You must then mail this form to the Clerk of Court. The Clerk of Court will then calculate the amount of money you must pay in order to receive the requested documents, and will forward to you this form with PART II completed. Finally, you must complete PART III and return the form and a completed check or money order made out to the Clerk of Court for the documents desired. The address of the Clerk of Court is: Clerk of the United States District Court for the Northern District of California, 450 Golden Gate Avenue, Box 36060, San Francisco, California 94102.

**PART I** (To be completed by inmate)
Plaintiff's name and prisoner number: _HAROLD SHAMBURGER #D16530_

Current address: _PELICAN BAY STATE PRISON 5905 LAKE EARL DR._
_CRESCENT CITY, CA 95531_
Case name: _SHAMBURGER V. KIRKLAND ET. AL.,_
Case number: _C07 4597 JSW(PR)_

I am requesting photocopies of the following documents from the above case:
_AT P 24 OF MY CIVIL RIGHTS COMPLAINT CASE NO. C07 4597 JSW(PR) IS A PRISON GRIEVANCE LOG # PBSP.A06 01933. WHICH I WOULD LIKE A COPY OF THE 3 OR 4 PAGE DIRECTOR LEVEL RESPONSE._

I agree to pay the cost of $ 0.50 per page for these documents. (Retrieval Fee - FRC + $45.00)*

Signed: _Shamburger_    Dated: _4/27/08_

**PART II** (To be completed by the clerk)
The cost of the documents you have requested is as follows:

Documents                                    Cost

1.
2.
3.
                        **Total cost**:

**PART III** (To be completed by inmate)
Enclosed please find a **check or money order** in the amount of _____ for the documents:

Signed: _____    Dated: _____

*(Retrieval of records from the Federal Records Center for old cases)