HAROLD SHAMBURGER #D16530
5905 LAKE EARL DR.
CRESCENT CITY, CA 95531
IN PRO SE

FILED

08 MAY 27 PM 2:32

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD SHAMBURGER,
    PLAINTIFF,
     V.
R. KIRKLAND, ET. AL.,
    DEFENDANTS.

NO. C07-4597 JSW (PR)
MOTION TO COMPEL DISCOVERY W/ SANCTIONS.

MOTION FOR AN ORDER TO COMPEL DISCOVERY PER RULE 37(A) FED. R. CIV. P.. ON APRIL 11 2008 DEFENDANT'S ATTORNEY RECEIVED PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS PER CERTIFIED MAIL. SEE PLAINTIFF'S ATTACHED EXHIBIT A. PLAINTIFF ALSO MOVE FOR AN ORDER PURSUANT TO RULE 37(A)(4) REQUIRING THE AFORESAID DEFENDANTS TO PAY PLAINTIFF THE SUM 500.00 AS REASONABLE EXPENSE IN OBTAINING THIS ORDER; ON THE GROUNDS THAT THE DEFENDANTS REFUSAL TO ANSWER (PRODUCE THE DOCUMENTS) HAD NO SUBSTANTIAL JUSTIFICATION.

DATED 5/18/08

/S/ _Shamburger_
HAROLD SHAMBURGER

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, and 4a & b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write ''Return Receipt Requested'' on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
Attorney General of Calif.
455 Golden Gate Ave STE 11000
San Francisco, CA 94102

4a. Article Number
7005-1820-0007-8602-5165

4b. Service Type
☒ Registered   ☐ Insured
☐ Certified    ☐ COD
☐ Express Mail ☐ Return Receipt for Merchandise

7. Date of Delivery
04-11-08

8. Addressee's Address (Only if requested and fee is paid)

5. Signature (Addressee)
Jacqueline Flores
SA Flores

6. Signature (Agent)

PS Form 3811, December 1991    ☆U.S. GPO: 1993—352-714    **DOMESTIC RETURN RECEIPT**

Thank you for using Return Receipt Service.

Is your RETURN ADDRESS completed on the reverse side?

EXHIBIT A

Print your name, address and ZIP Code here

SHAWN BARBER   D16530
5905 Lake Earl Dr.
Crescent City, CA 95532

UNITED STATES POSTAL SERVICE CA 941
Official Business
11 APR 2008 PM 5 T
PENALTY FOR PRIVATE
USE TO AVOID PAYMENT
OF POSTAGE, $300
U.S. MAIL

D16530   D2-211

EXHIBIT A