1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  KENNETH T. ROOST, State Bar No. 231444
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
7    Telephone: (415) 703-5824
     Fax: (415) 703-5843
8    Email: Ken.Roost@doj.ca.gov

9  Attorneys for Defendants Fischer and Ruff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD B. SHAMBURGER,<br><br>                        Plaintiff,<br><br>   v.<br><br>R. KIRKLAND, et al.,<br><br>                       Defendants. | C 07-4597 JSW (PR)<br><br>**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

Defendants Fischer and Ruff (Defendants) respectfully request a seventy-day extension of time, up to and including May 20, 2008, in which to file a dispositive motion.

//

//

Defs.' Mot. EOT File Dispositive Mot.                                               *Shamburger v. Kirkland, et al.*
                                                                                          C 07-4597 JSW (PR)

1

1   As explained in detail by the accompanying declaration of counsel, Defendants need
2   additional time to prepare a dispositive motion and potentially multiple supporting declarations
3   because their counsel received assignment of this case on June 4, 2008, and has much intervening
4   casework.

5   Although the Court's Order of Service set Defendants' filing date for a dispositive motion
6   on June 2, 2008, Defendants' counsel received assignment of the case after this deadline, on June
7   4, 2008, because the Marshals Service mailed Defendants the summons and complaint only
8   recently, on May 23, 2008. Thus, Defendants' first motion for an extension of time is,
9   regrettably, tardy.

Dated: June 5, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

KENNETH T. ROOST
Deputy Attorney General
Attorneys for Defendants Fischer and Ruff

20115116.wpd
SF2008200041

Defs.' Mot. EOT File Dispositive Mot.                          *Shamburger v. Kirkland, et al.*
                                                                C 07-4597 JSW (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Shamburger v. Kirkland, et al.**

Case No.:    **C 07-4597 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 5, 2008, I served the attached

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**DECLARATION OF KENNETH T. ROOST IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Harold B. Shamburger
D-16530
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 5, 2008**, at San Francisco, California.

| M. Xiang | _signature_ |
| --- | --- |
| Declarant | Signature |