EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
KENNETH T. ROOST, State Bar No. 231444
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5824
 Fax: (415) 703-5843
 Email: Ken.Roost@doj.ca.gov

Attorneys for Defendants Fischer and Ruff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD B. SHAMBURGER,<br><br>                              Plaintiff,<br><br>    v.<br><br>R. KIRKLAND, et al.,<br><br>                              Defendants. | C 07-4597 JSW (PR)<br><br>DECLARATION OF KENNETH T. ROOST IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

I, Kenneth T. Roost, declare:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section, and am assigned to represent Defendants Fischer and Ruff (Defendants) in this case. I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, would do so.

2. On April 1, 2008, the Court ordered service on Defendants, and ordered that their dispositive motion would be due in sixty days, on June 2, 2008. (Order of Service.)

3. But the Marshals Service mailed Defendants the summons and complaint only

Decl. Roost Supp. Defs.' Mot. EOT File Dispositive Mot.                    Shamburger v. Kirkland, et al.
                                                                                     C 07-4597 JSW (PR)

1

1  recently, on May 23, 2008. Defendants' counsel thus received assignment of this case on June 4,
2  2008, at approximately 7:30 p.m., already two days beyond the filing date for the dispositive
3  motion set by the Court in its Order of Service.

4     4.  Defendants require additional time to prepare their dispositive motion, and potentially
5  multiple declarations in support of the motion.

6     5.  In addition, Defendants' counsel has four answering briefs to prepare and file in the
7  Ninth Circuit within the next fifty days. Defendants' counsel is also preparing for oral argument
8  before the Ninth Circuit on June 12, 2008. Further, counsel has argument for motions to dismiss
9  and for reconsideration in a state case on July 1, 2008. Finally, counsel has a dispositive motion
10 in another case before this Court due on July 28, 2008. Due to this extra case work, Defendants'
11 counsel needs additional time to prepare a dispositive motion in this matter.

12    6.  Defendants respectfully request a seventy-day extension of time to file their dispositive
13 motion, so that it must be filed on or before August 11, 2008.

14    7.  This request for an extension of time is not made for the purpose of harassment, undue
15 delay, or any improper reason. Defendants have made no other requests for an extension of time
16 in this case.

17    8.  Plaintiff is confined in state prison and cannot easily be contacted concerning an
18 extension of time. Because Plaintiff is a prisoner, it is also difficult to deliver this motion for an
19 extension of time on the same day it is filed. Thus, Defendants are serving it by overnight mail.

20    I declare under penalty of perjury that the foregoing is true and correct and that this
21 declaration was executed on June 5, 2008, in San Francisco, California.

Kenneth T. Roost
Deputy Attorney General

20115117.wpd

SF2008200041

Decl. Roost Supp. Defs.' Mot. EOT File Dispositive Mot.                    *Shamburger v. Kirkland, et al.*
                                                                            C 07-4597 JSW (PR)