IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD B. SHAMBURGER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>R. KIRKLAND, et al.,<br><br>　　　　　　　　　　Defendants. | C 07-4597 JSW (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION |

Defendants move for a seventy-day extension, up to and including August 11, 2008, in which to file a dispositive motion. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including August 11, 2008. The time in which Plaintiff may file his opposition is extended up to and including September 10, 2008. And Defendants shall file a reply concerning their dispositive motion no later than September 25, 2008.

Dated: _____

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

[Proposed] Order Granting Defs.' Mot. EOT File Dispositive Mot.　　　　Shamburger v. Kirkland, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 07-4597 JSW (PR)

1