1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  KENNETH T. ROOST, State Bar No. 231444
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
7  Telephone: (415) 703-5824
   Fax: (415) 703-5843
8  Email: Ken.Roost@doj.ca.gov

9  Attorneys for Defendants Fischer and Ruff

10

11            IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                SAN FRANCISCO DIVISION

14

15  **HAROLD B. SHAMBURGER,**                    C 07-4597 JSW (PR)

16                              Plaintiff,       **DEFENDANTS' AMENDED
                                                 MOTION FOR AN
                                                 EXTENSION OF TIME TO
17      v.                                       FILE A DISPOSITIVE
                                                 MOTION**
18  **R. KIRKLAND, et al.,**

                                 Defendants.
19

20      Defendants Fischer and Ruff (Defendants) respectfully request a seventy-day extension of

21  time, up to and including **August 11, 2008** (not May 20, 2008—as inadvertently stated in the

22  original motion for an extension of time on June 5, 2008, although the accompanying declaration

23  of counsel and proposed order did properly note the August 11, 2008 date), in which to file a

24  dispositive motion.

25  //

26  //

27

28

Defs.' Mot. EOT File Dispositive Mot.                    *Shamburger v. Kirkland, et al.*
                                                         C 07-4597 JSW (PR)

1   As explained in detail by the declaration of counsel filed on June 5, 2008 with the original

2   motion for an extension of time, Defendants need additional time to prepare a dispositive motion

3   and potentially multiple supporting declarations because their counsel received assignment of

4   this case on June 4, 2008, and has much intervening casework.

5   Although the Court's Order of Service set Defendants' filing date for a dispositive motion

6   on June 2, 2008, Defendants' counsel received assignment of the case after this deadline, on June

7   4, 2008, because the Marshals Service mailed Defendants the summons and complaint only

8   recently, on May 23, 2008.  Thus, Defendants' first motion for an extension of time is,

9   regrettably, tardy.

10

11   Dated:  June 13, 2008

12   Respectfully submitted,

13   EDMUND G. BROWN JR.
     Attorney General of the State of California

14   DAVID S. CHANEY
     Chief Assistant Attorney General

15   FRANCES T. GRUNDER
16   Senior Assistant Attorney General

17   THOMAS S. PATTERSON
     Supervising Deputy Attorney General

18

19

20   KENNETH T. ROOST
21   Deputy Attorney General
     Attorneys for Defendants Fischer and Ruff

22

23   20116486.wpd
24   SF2008200041

25

26

27

28

Defs.' Mot. EOT File Dispositive Mot.                    *Shamburger v. Kirkland, et al.*
                                                          C 07-4597 JSW (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Shamburger v. Kirkland, et al.**

Case No.:     **C 07-4597 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 13, 2008, I served the attached

## DEFENDANTS' AMENDED MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Harold B. Shamburger
D-16530
Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA 95531-7000
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **June 13, 2008**, at San Francisco, California.

| | |
|---|---|
| M. Xiang | _____ |
| Declarant | Signature |