HAROLD SHAMBURGER D06457538
5905 LAKE EARL DRIVE
CRESCENT CITY, CA 95531
IN PRO SE

FILED
JUN - 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD SHAMBURGER,
    PLAINTIFF,
v.
R. KIRKLAND, et.al.,
    DEFENDANTS.

CASE NO. C07 4597 JSW (PR)

MOTION FOR AN ORDER COMPELLING DISCOVERY PER FED.R.CIV.P. RULE 37(a) AND SANCTIONS RULE 37(a)(4).

PLAINTIFF MOVES THIS COURT FOR AN ORDER PURSUANT TO FED.R.CIV.P 37(a)(4) REQUIRING PELICAN BAY CORRECTIONAL OFFICER A. HERNANDEZ TO PAY PLAINTIFF THE SUM OF 500.00 DOLLARS AS REASONABLE EXPENSES IN OBTAINING THIS ORDER OR AN ORDER COMPELLING THE CALIFORNIA DEPARTMENT OF CORRECTIONS TO ALLOW PLAINTIFF TO INTERVIEW SAID PRISONERS OR HAVE THEM BROUGHT BEFORE THIS COURT TO TESTIFY ON PLAINTIFF BEHALF CONCERNING THE THREE (3) DOCUMENTS USE TO VALIDATE PLAINTIFF AS A ACTIVE GANG MEMBER SEE HUDSON 412 F.2d 1091.
ON THE GROUNDS THAT OFFICER A. HERNANDEZ WERE GIVEN PLAINTIFF'S AFFIDAVITS FROM THE FOLLOWING PRISONERS:
  1.) R. WILLIAMS # B72882      5.) P. JONES # B26077
  2.) R. DEWBERRY # C35071      6.) L. POWELL # B59864
  3.) J. FRANKLIN # C08545
  4.) K. CARTER # B52119

AND REFUSE TO PROVIDE PLAINTIFF WITH HIS AFFIDAVITS SOUGHT PURSUANT TO FED.R.CIV.P. RULE 26, RULE 56(f) AND CCR TIT 15 SECTION 3139 (ONE TIME CORRESPONDENCES) APPROVED BY A FACILITY CAPTAIN ON 4/18/08 AND 5/14/08.
THESE DOCUMENTS AND EXHIBITS ARE GERMANE TO THE FOREMENTIONED CAUSE OF ACTION. BECAUSE EACH OF THE ABOVE PRISONERS-PERSONS HAVE PERSONAL KNOWLEDGE OF THE (3) CONFIDENTIAL MEMOS. FOR EXAMPLE; R. DEWBERRY # C35071 AFFIDAVIT WOULD REFUTE PRISON OFFICIALS CLAIM THAT PLAINTIFF'S CONFIDENTIAL MEMO DATED SEPTEMBER 8, 2004 CONFISCATED FROM HIS CELL WAS NOTHING MORE THAN A PETITION SEEKING THE RELEASE OF POLITICAL PRISONERS AND WAS UNRELATED

TO GANG ACTIVITY, AND ANY LEGAL REDRESS JIM DEWBERRY MAY HAVE PURSUED CONCERNING THIS DOCUMENT IS VERY MUCH AN ISSUE BEFORE THIS COURT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED 6/5/08

_____
/S/ HAROLD SHANNBURGER

**EXHIBIT A**