FILED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD SHAMBURGER, | No. C 07-4597 JSW (PR) |
| Plaintiff, | **ORDER DENYING MOTIONS FOR DISCOVERY; GRANTING EXTENSION OF TIME** |
| v. | |
| R. KIRKLAND, et al., | (Docket Nos. 18, 19, 23, 24) |
| Defendants. | |

Plaintiff, currently incarcerated at Pelican Bay State Prison ("PBSP"), has filed this civil rights complaint regarding the conditions of his confinement at the prison.

Plaintiff has filed to motions to compel discovery. Plaintiff may file a motion to compel discovery only after he satisfies the "meet and confer" requirements of the discovery rules. See Fed. R. Civ. P. 37(a)(2)(A); L. R. 37-1(a). It is clear from plaintiff's motions that he has not done so. Accordingly, plaintiff's two discovery motions (Docket Nos. 18, 24) are hereby DENIED.

Good cause appearing, defendants' motion for an extension of time (Docket Nos. 19, 23), to and including August 11, 2008, in which to file a dispositive motion is GRANTED.

IT IS SO ORDERED.

DATED: JUN 2 4 2008

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAROLD SHAMBURGER,

        Plaintiff,

v.

R. KIRKLAND et al,

        Defendant.

Case Number: CV07-04597 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harold B. Shamburger D-16530
5905 Lake Earl Drive
Crescent City, CA 95531

Dated: June 24, 2008

*M Narcisse*
Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk