1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DAVID S. CHANEY
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | THOMAS S. PATTERSON
Supervising Deputy Attorney General
5 | KENNETH T. ROOST, State Bar No. 231444
Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7 |  Telephone: (415) 703-5824
Fax: (415) 703-5843
8 |  Email: Ken.Roost@doj.ca.gov

9 | Attorneys for Defendants Cook, Fischer, Foss,
Kirkland, McGuyer, O'Neill, Pena, Randolph, Ruff,
10 | Smith, and Stewart

11

12 | IN THE UNITED STATES DISTRICT COURT

13 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | SAN FRANCISCO DIVISION

15

**HAROLD B. SHAMBURGER,**          C 07-4597 JSW (PR)
16
                    Plaintiff,     **DEFENDANTS' MOTION**
17                                 **FOR AN EXTENSION OF**
      **v.**                       **TIME TO FILE A**
18                                 **DISPOSITIVE MOTION**
**R. KIRKLAND, et al.,**
19
                    Defendants.
20

21 |     Defendants Cook, Fischer, Foss, Kirkland, McGuyer, O'Neill, Pena, Randolph, Ruff, Smith,

22 | and Stewart (Defendants) respectfully request a three-day extension of time, up to and including

23 | August 14, 2008, in which to file a dispositive motion.

24 | //

25 | //

26

27

28

Defs.' Mot. EOT File Dispositive Mot.                    *Shamburger v. Kirkland, et al.*
                                                          C 07-4597 JSW (PR)

1    As explained in detail by the accompanying declaration of counsel, Defendants need

2 additional time to finalize supporting declarations in the wake of recently received documents.

3 Defendants have previously received one extension of time because of the delay in the parties

4 being served after the Court's service order.

5

6         Dated: August 11, 2008

7                          Respectfully submitted,

8                          EDMUND G. BROWN JR.
                           Attorney General of the State of California

9                          DAVID S. CHANEY
                           Chief Assistant Attorney General
10
                           FRANCES T. GRUNDER
11                         Senior Assistant Attorney General

12                         THOMAS S. PATTERSON
                           Supervising Deputy Attorney General

13

14

15

16                         KENNETH T. ROOST
                           Deputy Attorney General
17                         Attorneys for Defendants Cook, Fischer, Foss, Kirkland,
                           McGuyer, O'Neill, Pena, Randolph, Ruff, Smith, and Stewart

18

19    20131049.wpd
      SF2008200041

20

21

22

23

24

25

26

27

28

Defs.' Mot. EOT File Dispositive Mot.                    *Shamburger v. Kirkland, et al.*
                                                          C 07-4597 JSW (PR)

## DECLARATION OF SERVICE BY OVERNIGHT COURIER

Case Name:    **Shamburger v. Kirkland, et al.**

Case No.:    **C 07-4597 JSW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is: 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On <u>August 11, 2008</u>, I served the attached

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**DECLARATION OF KENNETH T. ROOST IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

by placing a true copy thereof enclosed in a sealed envelope with the **ONTRAC COURIER SERVICES**, addressed as follows:

Harold B. Shamburger
D-16530
Pelican Bay State Prison
5905 Lake Earl Drive
Crescent City, CA  95531
Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 11, 2008**, at San Francisco, California.

| | |
|---|---|
| M. Xiang | _(signature)_ |
| Declarant | Signature |