EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
KENNETH T. ROOST, State Bar No. 231444
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5824
  Fax: (415) 703-5843
  Email: Ken.Roost@doj.ca.gov

Attorneys for Defendants Cook, Fischer, Foss, Kirkland, McGuyer, O'Neill, Pena, Randolph, Ruff, Smith, and Stewart

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD B. SHAMBURGER,<br><br>                      Plaintiff,<br><br>v.<br><br>R. KIRKLAND, et al.,<br><br>                      Defendants. | C 07-4597 JSW (PR)<br><br>**DECLARATION OF KENNETH T. ROOST IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

I, Kenneth T. Roost, declare:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section, and am assigned to represent Defendants Cook, Fischer, Foss, Kirkland, McGuyer, O'Neill, Pena, Randolph, Ruff, Smith, and Stewart (Defendants) in this case. I am competent to testify to the matters set forth in this declaration, and if called upon by this Court, would do so.

2. Defendants' counsel has recently acquired documents that necessitate further

Decl. Roost Supp. Defs.' Mot. EOT File Dispositive Mot.        *Shamburger v. Kirkland, et al.*
C 07-4597 JSW (PR)

1

1 development of the dispositive motion and supporting declarations. Defendants thus need
2 additional time to prepare their anticipated motions to dismiss and for summary judgment.

3.  Defendants respectfully request a three-day extension of time to file their dispositive motions, so that they must be filed on or before August 14, 2008.

4.  This request for an extension of time is not made for the purpose of harassment, undue delay, or any improper reason. Defendants previously requested and received a seventy-day extension of time to file a dispositive motion in this matter because of the delay in the parties being served after the Court's service order, and because of Defendants' counsel's additional work.

5.  Plaintiff is confined in state prison and cannot easily be contacted concerning an extension of time. Because Plaintiff is a prisoner, it is also difficult to deliver this motion for an extension of time on the same day it is filed. Thus, Defendants are serving it by overnight mail.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 11, 2008, in San Francisco, California.

_____
Kenneth T. Roost
Deputy Attorney General

20131050.wpd
SF2008200041

Decl. Roost Supp. Defs.' Mot. EOT File Dispositive Mot.            *Shamburger v. Kirkland, et al.*
                                                                   C 07-4597 JSW (PR)