IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| HAROLD B. SHAMBURGER,<br><br>           Plaintiff,<br><br>v.<br><br>R. KIRKLAND, et al.,<br><br>           Defendants. | C 07-4597 JSW (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |
|---|---|

   Defendants move for a three-day extension of time so that their dispositive motion will be due on or by August 14, 2008. Defendants were previously granted a seventy-day extension of time to August 11, 2008, in which to file a dispositive motion. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

//

//

[Proposed] Order Granting Defs.' Mot. EOT File Dispositive Mot.   *Shamburger v. Kirkland, et al.*
C 07-4597 JSW (PR)

1

1  IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including August 14, 2008. The time in which Plaintiff may file his opposition is extended up to and including September 15, 2008. And Defendants shall file a reply concerning their dispositive motion no later than September 30, 2008, or fifteen days following the date that Plaintiff's reply is filed.

Dated: _____

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

20131051.wpd
SF2008200041

[Proposed] Order Granting Defs.' Mot. EOT File Dispositive Mot.    *Shamburger v. Kirkland, et al.*
C 07-4597 JSW (PR)