EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
THOMAS S. PATTERSON
Supervising Deputy Attorney General
KENNETH T. ROOST, State Bar No. 231444
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5824
  Fax: (415) 703-5843
  Email: Ken.Roost@doj.ca.gov

Attorneys for Defendants Cook, Fischer, Foss, Kirkland, McGuyer, O'Neill, Pena, Randolph, Ruff, Smith, and Stewart

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD B. SHAMBURGER,<br><br>                      Plaintiff,<br><br>v.<br><br>R. KIRKLAND, et al.,<br><br>                      Defendants. | C 07-4597 JSW (PR)<br><br>**DECLARATION OF KENNETH T. ROOST IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

I, KENNETH T. ROOST, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and before this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section. I am assigned to represent Defendants Cook, Fischer, Foss, Kirkland, McGuyer, O'Neill, Pena, Randolph, Ruff, Smith, and Stewart (Defendants) in this case. I am competent to testify to the following matter, and if called on to do so, I would and could so testify. I submit this declaration in support of Defendants' motion for summary judgment.
Decl. Roost Supp. Defs.' Mot. Summ. J.     *Shamburger v. Kirkland, et al.*
C 07-4597 JSW (PR)

1

2.  Attached as Exhibit A is a custodian-of-records declaration from Pelican Bay State Prison, where Plaintiff Shamburger is presently housed. The Custodian of Records provided the remaining exhibits, and the Custodian's declaration—attached as Exhibit A—authenticates them.

3.  Attached as Exhibit B is the administrative-grievance history for the grievance identified by appeal-log number D-02-01353, which concerns two other screened-out administrative grievances that Shamburger wished to pursue.

4.  Attached as Exhibit C is the administrative-grievance history for the grievance identified by appeal-log number D-06-01933, which concerns Shamburger's allegations that evidence used in 2006 to indicate his continuing gang activity was unreliable, and that he was also not receiving timely and meaningful housing-committee reviews.

5.  Attached as Exhibits D through R is housing-committee documentation demonstrating Shamburger's timely and meaningful housing-committee reviews. Each exhibit indicates a single housing-committee review, and the action taken by the committee.

6.  These attached documents were provided by the Custodian of Records in response to the Attorney General Office's request for documents from Plaintiff Shamburger's Central File relevant to this action.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration is executed on August 14, 2008, at San Francisco, California.

/s/ K. Roost

KENNETH T. ROOST
Deputy Attorney General

20131775.wpd
SF2008200041

Decl. Roost Supp. Defs.' Mot. Summ. J.

*Shamburger v. Kirkland, et al.*
C 07-4597 JSW (PR)

2