# EXHIBIT E

STATE OF CALIFORNIA  
DEPARTMENT OF CORRECTIONS  
CDC-128G (REV. 2/2001)

NUMBER D-16530 NAME SHAMBURGER, HAROLD HOUSING D10-201  
Custody: MAXS   CS: 125   Level IV   WG/PG: D/D   Eff: 6-7-89   Assignment: SHU INDET  
Release Date: MEPD 2-12-1999   Re-class: 11/02   Action: RETAIN SHU-INDET  
SUB# 1 6/02

S ~~appeared~~ / refused to appear before PBSP FAC C / D UCC this date for the purpose of a 180-day review. S is serving SHU Indeterminate due to his prison gang affiliation as documented on CDC-128B2 dated 8-26-95. S is an Active / ~~Inactive~~ / ~~Associate~~ / Member of the BLACK GUERRILLA FAMILY prison gang. S's validation was reviewed by committee and found to meet the criteria required in CCR 3378 (c). S will be retained in SHU per CCR 3341.5 (c) (2) (A)2. ~~S participated in the committee's review of his case and agrees / disagrees with the committee's action.~~ S is / ~~was~~ informed / via this chrono / of the debriefing process which could result in a release from SHU per CCR 3341.5 (c) (4).  
Comments:_____  
_____  
_____  

Committee reviewed S for inactive gang status as outlined in CCR 3341.5 (c) (5) and noted the following:

- ☐ The last source document used in the validation process is dated _____ indicating recent (within 6 years) gang activity.
- ☒ Noted is a previous inactive review documented on CDC-128B dated 2-2-00 indicating S remains active and will be eligible for another inactive review ~~on~~ in 2004.
- ☐ The date of the most recent gang activity as noted in S's file could not be established. Refer S to PBSP IGI for evaluation of his current gang status.
- ☐ S has previously been referred to PBSP-IGI for an inactive review and the review is pending.
- ☐ S is pending DRB review.

S is advised that he has the right to appeal committee's action and that this committee constitutes his First Level of Review for appeal purposes.

MEMBERS: _____   _____   _____  
CHAIRPERSON                                       RECORDER  
M. FOSS, FC (A)         D. BRUCE, CCII (A)      M. PEÑA, CCI  
Print Name/Title        Print Name/Title         Print Name/Title

Date: 6-11-02        FAC C/D UCC 180 DAY REVIEW        Institution: PBSP SHU

Rev. 3/4/02 (LRR)

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS
                                                                                                       CDC-128G (Rev. 12/91)

CDC:    D16530          NAME:    SHAMBURGER, HAROLD           Hsg: D10-201      Custody:  MAX-S
CS:     125  Lev: IV    WG/PG:   D1/D    Eff: 06/07/89        Assignment:  SHU INDET BGF(M)
RelDate:   MEPD 02/12/1999               Reclass: 12/02       Action:      RETAIN SHU INDET; CPP

Inmate Shamburger refused to appear before PBSP FAC D SHU UCC on this date for Post-Board Review. S was reviewed by the Board of Prison Terms (BPT) on 06/25/01 for Subsequent Hearing #1. The BPT recommended that S should: Become and remain disciplinary free, upgrade vocationally, participate in self-help, and work toward reducing custody level. The BPT denied S parole for 4 years. There were no recommendations made by the BPT which require classification action. **Committee acts to continue S in his present program.** S is advised, via this chrono, of the Committee's decision and his right to appeal, and that all appeals regarding BPT actions shall be directed to the BPT. Next reclass scheduled on 12/02 for Annual Review.

CHAIRPERSON: L.SCRIBNER/FC          W.BARLOW/CCII(A)                              RECORDER: M.PENA/CCI

Date: 07/02/02        (PENA/cs)        Classification UCC                         Inst: PBSP