# EXHIBIT G

NO: D-16530  NAME: SHAMBURGER, HAROLD  Cell/Bed: D10-20?
Custody: MAXS  CS: 127 (IV)  WG/PG: D1/D  EFF 6-7-89  Assignment: SHU-INDET.
RelDate: MEPD 2-12-99  Reclass: 10/03  ACTION: RETAIN SHU-INDET.
BPT Hearing: SUB #2 7/06

Inmate SHAMBURGER ~~appeared~~ / refused to appear before PBSP FAC C / D SHU UCC this date for 180-Day ~~Review. S is serving SHU Indeterminate due to his prison gang affiliation as documented on CDC 128B2 dated~~ 8-26-95. S is an Active / ~~Inactive~~ / Associate / (Member) of the BLACK GUERRILLA FAMILY prison gang. S's validation was reviewed by Committee and found to meet the criteria required in CCR 3378(c). Committee acts to retain S in SHU per CCR 3341.5(c)(2)(A)2. ~~& participated in Committee's review of his case and agreed / disagreed with Committee action.~~ S ~~was informed~~ / is informed, via this chrono, that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an inactive prison gang member or associate as delineated in CCR, Title 15, sections 3378(e) and 3341.5(c)(4) and (5).
Comments: _____

Committee reviewed S for Inactive Gang Status as outlined in CCR 3341.5(c)(5) and noted the following:
- ☐ The last source document used in the validation process is dated _____, indicating recent (within 6 years) gang activity.
- ☒ Noted is a previous Inactive Review, documented on CDC-128B dated 2-2-00, indicating S does not meet the Inactive criteria. S will be eligible for another Inactive Review ~~on~~ IN 2004.
- ☐ The date of the most recent gang activity, as noted in S's file, could not be established. Refer S to PBSP IGI for evaluation of his current gang status.
- ☐ S has previously been referred to PBSP IGI for an Inactive Review, and the review is pending.
- ☐ S is pending DRB review.
- ☐ S was reviewed by the DRB on _____. The DRB determined _____

- ☐ S is double celled with Inmate _____, # _____, / and states they are compatible.
- ☒ S has no cellmate and committee notes the "S" custody suffix has / ~~has not~~ previously been applied.

**Committee acts to** retain / ~~affix~~ the "S" suffix
- ☒ because S has not successfully completed the compatibility review for double celling in PBSP SHU.
- ☐ due to _____

S ~~was advised~~ / is advised, via this chrono, of Committee's decision and his right to appeal.
BPT ~~Initial~~ / ~~Documentation #~~ ____ / Subsequent # 2 Hearing scheduled in 7/2006.
Next reclass scheduled 10/03 for ANNUAL 114D Review.

MEMBERS: _____ (Chairperson)  _____  _____ (Recorder)
L. SCRIBNER, F.C.        D. BRUCE, CCII(A)    M. PEÑA, CCI
Print Name/Title         Print Name/Title     Print Name/Title

CC: ☐ OBIS  ☐ CSR  ☐ IGI  ☐ PSYCH  ☐ C&PR  ☐ MED  ☐ OTHER _____
Committee Date: 5-20-03  Classification  FAC C / D SHU  UCC  180-DAY REVIEW  PBSP-SHU
(CAN-SHU-180-DAY-GANG.DOC)