# EXHIBIT J

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS
CDC 128G (Rev. 12/91)

| | | | | | |
|---|---|---|---|---|---|
| NO: D-16530 | NAME: SHAMBURGER, Harold | | | D10-201 | |
| Custody: MAX S | CS: 121 (IV) | D1/D EFF 6/7/89 | | Assignment: | SHU/INDET |
| RelDate: MEPD 2/12/99 | | Reclass: 3/2005 | | Action: | RETAIN SHU/INDET; REFER CSR RX PBSP SHU |
| BPT SUB #2 7/2006 | | | | | |

Inmate Shamburger refused to appear before PBSP FAC-D SHU ICC on this date for Annual/114D Review. No staff assistant was assigned as S is not illiterate, speaks English, can comprehend the issues, and is free of mental health services needs. An investigative employee was not required. Prior to Committee, S was issued an updated copy of his CDC 114D dated 9/17/04, and the CDC 812A, Notice of Critical Case Information - Prison Gang Identification, updated by IGI on 9/13/04. Committee notes a CDC 128-B2 dated 12/11/03, citing 10 documents that meet prison gang validation requirements. S is affiliated with a prison gang that is known to be involved in criminal activities which threaten the safety of others and institution security, and this requires continued segregation from the GP. S is informed, via this chrono, that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an inactive prison gang member or associate as delineated in CCR, Title 15, Sections 3378(e) and 3341.5(c)(4)(5). Committee notes S was referred to PBSP IGI for Active/Inactive Review, by UCC of 4/8/04. That review is still pending. Committee acts to retain SHU/INDET and refer to CSR with recommendation for PBSP SHU based on his validation as a member of the "Black Guerrilla Family" (BGF) prison gang. DDP Review: CDC 128C-2 is in C-file. S has no cellmate, and Committee notes the "S" custody suffix has previously been applied. Committee acts to retain the "S" suffix, because S has not successfully completed the compatibility review for double celling in PBSP SHU. S is advised, via this chrono, of Committee's decision and his right to appeal. BPT Subsequent #2 Hearing scheduled in 7/2006. Next reclass scheduled in 3/2004, for 180-Day Review.

REFERRAL REMAINS VALID 10/15/04

CHAIRPERSON: M. CASTELLAW/CDW(A)   L. WILLIAMS/FC   M. PEÑA/CCI   T. McCARTHY/PH.D   RECORDER: G. ATER/CCII

CC: ☐OBIS ☒CSR ☐IGI ☐PSYCH ☐MED ☐C&PR ☐OTHER _____
Committee Date: 9/22/04   (PEÑA/jw)   Classification   FAC-D ICC/REVIEW

☒ 128-C2 in C-file
Inst: PBSP

State of California                                                                 Department of Corrections
                                                                                    CDC 128-G

No. D-16530           NAME: SHAMBURGER

Comment:    PBSP-SHU endorsed to serve an Indeterminate SHU term. CS = 121.

SHU Indeterminate retention endorsed per ICC action of 9/22/04. Inmate remains a threat to the security of the institution by his continuing association with a prison gang engaged in a criminal conspiracy against the safety of others. CDC 128-B-2 of 12/11/03 is noted. All referenced documents are present in the file, properly annotated and properly disclosed. LIFE Prisoner Status is noted. Next BPT hearing currently scheduled for 7/2006. Madrid chrono of 4/4/01 noted. Inmate is NCF per CDC 128-C2 of 3/12/04. Violent history noted (VIO). TB Code is 32. CDC 812 is noted. Confidential file is noted.

                            M Cook, CSR

Date: 10/26/2004            Classification - CSR ACTION                             PBSP