# EXHIBIT K

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS
CDC 128G (Rev. 07/23/03)

CDC No: D16530   NAME: SHAMBURGER, HAROLD   Cell/Bed: D10-201
Custody: MAX S   CS: 121 (IV)   WG/PG: D/D   EFF 6-7-89   Assignment: SHU-INDETERMINATE
MEPD 2-12-99   Reclass: 8/05   ACTION: RETAIN SHU-INDET
BPT Hearing: SUB #2 7/06   REFER PBSP IGI FOR INACTIVE REVIEW

Inmate SHAMBURGER ~~appeared~~ / refused to appear before PBSP FAC C / D SHU UCC this date for 180-Day review. S is serving SHU Indeterminate due to his prison gang affiliation as documented on CDC 128B2 dated 12-11-03. S is an ~~Active / Inactive~~ / Associate / Member of the BLACK GUERRILLA FAMILY prison gang. S's validation was reviewed by Committee and found to meet the criteria required in CCR 3378(c). Committee acts to retain S in SHU per CCR 3341.5(c)(2)(A)2. S participated in Committee's review of his case and agreed / disagreed with Committee action. S was informed / is informed, via this chrono, that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an active prison gang member or associate as delineated in CCR, Title 15, sections 3378(e) and 3341.5(c)(4) and (5).

Comments: S WAS REFERRED TO PBSP IGI FOR IN-ACTIVE REVIEW BY UCC 4-8-04. CDC 128B DATED 9-17-04 DOCUMENTS IGI'S ATTEMPT TO COMPLETE THE IN-ACTIVE REVIEW. S IS ADVISED TO FULLY COOPERATE WITH IGI STAFF FOR THE IN-ACTIVE PROCESS.

Committee reviewed S for Inactive Gang Status as outlined in CCR 3341.5(c)(5) and noted the following:

- The last source document used in the validation process is dated _____, indicating recent (within 6 years) gang activity.
- Noted is a previous Inactive Review, documented on CDC-128B dated _____, indicating S does not meet the Inactive criteria. S will be eligible for another Inactive Review after _____.
- [X] The date of the most recent gang activity, as noted in S's file, could not be established. Refer S to PBSP IGI for evaluation of his current gang status.
- S has previously been referred to PBSP IGI for an Inactive Review, and the review is pending.
- S is pending DRB review.
- S was reviewed by the DRB on _____. The DRB determined _____.

- S is double celled with Inmate _____, # _____, / and states they are compatible.
- [X] S has no cellmate and committee notes the "S" custody suffix has / ~~has not~~ previously been applied.
- Committee acts to retain / ~~affix~~ the "S" suffix
- [X] because S has not successfully completed the compatibility review for double celling in PBSP SHU.
- due to _____

~~S was advised~~ / is advised, via this chrono, of Committee's decision and his right to appeal. ~~S has been advised that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC Form 128G Classification chrono or not.~~

BPT Initial / Documentation # ____ / Subsequent # 2   Hearing scheduled in 7/2006
Next reclass scheduled 8/05 for ANNUAL CDC 114D Review.

MEMBERS:
Chairperson: J.A. GUINN, FC(A)
G.M. ATER, CCII
Recorder: M. PEÑA, CCI

CC: [ ] C&S [ ] CSR [ ] IGI [ ] PSYCH [ ] CMO [ ] MED [ ] OTHER _____
Committee Date: 3-8-05   Classification: [ ] I-C [ ] I-SHU [ ] ICC [ ] 180-DAY REVIEW   PBSP-SHU