# EXHIBIT L

| | | | |
|---|---|---|---|
| **No:** D-16530 | **Name:** SHAMBURGER, HAROLD | | **Housing:** D10-201 |
| **Custody:** MAX S | **CS:** 117/IV | **WG/PG:** D1/D eff 06/07/89 | **Assignment:** SHU INDET |
| **Rel Date:** MEPD 02/12/99 | | **Reclass:** 02/2006 (180 Day) | **Action:** RETAIN SHU INDET. REFER TO CSR RX PBSP SHU. |

SUB #2 7/06

Subject refused to appear before PBSP FAC D SHU ICC on this date for Annual/114D Review. No staff assistant was required as S is not illiterate, speaks English, can comprehend the issues, and is free of Mental Health Services needs. An investigative employee was not required. Prior to Committee, S was issued an updated copy of his CDC 114D dated 08/25/05, and the CDC 812A, Notice of Critical Case Information-Prison Gang Identification updated by IGI on 08/18/05. Committee notes a CDC 128-B2 dated 12/11/03, citing 10 documents that meet prison gang validation requirements. Subject is affiliated with a prison gang that is known to be involved in criminal activities which threaten the safety of others and institution security and this requires continued segregation from the General Population. S is informed, via this Chrono, that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an inactive prison gang member or associate as delineated in CCR, Title 15, sections 3378(e) and 3341.5(c)(4) and (5). S was referred to PBSP IGI gang Active/Inactive review by UCC of 03/08/05. Review is pending. **COMMITTEE ACTS TO: Retain SHU INDET and refer to CSR with recommendation for PBSP SHU** based on his validation as an active member of the Black Guerrilla Family (BGF) prison gang. DDP Review: 128C-2 in C-File. S has no cellmate and Committee notes the "S" suffix has previously been applied. **COMMITTEE ACTS TO: retain the "S" suffix** because S has not successfully completed the compatibility review for double celling in PBSP SHU. S is advised, via this Chrono, of Committee's decision and his right to appeal. BPT SUB #2 Hearing scheduled in 07/2006. Next scheduled Committee will be 02/2006 for 180 day Review.

REFERRAL REMAINS VALID 10-14-05

**CHAIRPERSON:** M. CASTELLAW, CDW     L. WILLIAMS, FC     T. MCCARTHY, PHD     **RECORDER:** G.M. ATER, CC II

CC: ☐ OBIS ☒ CSR ☐ IGI ☐ PSYCH ☐ MED ☐ OTHER _____

Committee Date: 08/31/05 (MMP/tjs)     Classification     FAC-D ICC/Review

☒ 128C-2 in C-File    Inst: PBSP

State of California                                                                                                      Department of Corrections

No. D-16530                NAME: SHAMBURGER                            CDC 128-G

Comment:    **PBSP-SHU endorsed to serve an Indeterminate SHU term. CS = 117.**

SHU Indeterminate retention endorsed per ICC action of 8/31/05. Inmate remains a threat to the security of the institution by his continuing association with a prison gang engaged in a criminal conspiracy against the safety of others. CDC 128-B-2 of 12/11/03 is noted. All referenced documents are present in the file, properly annotated and properly disclosed. LIFE Prisoner Status is noted. Next BPT hearing currently scheduled for 7/2006. Madrid chrono of 4/4/01 noted. Inmate is NCF per CDC 128-C2 of 3/12/04. Violent history noted (VIO). TB Code is 32. CDC 812 is noted. Confidential file is noted. Enemy is housed at PBSP-SHU. Staff are advised to continue to monitor current enemy situation and house accordingly. 'S' Suffix is noted.

                                     M Cook, CSR

Date: 10/20/2005                  **Classification - CSR ACTION**                                PBSP