# EXHIBIT N

STATE OF CALIFORNIA                                                                                              DEPARTMENT OF CORRECTIONS & REHABILITATION
                                                                                                                 CDC 128G (Rev. 07/05)

| No: | D-16530 | Name: | SHAMBURGER, HAROLD | | Housing: | D2-211 |
|---|---|---|---|---|---|---|
| Custody: | MAXS | CS: | 113 IV | WG/PG: D1/D 6/07/89 | Assignment: | SHU/INDET BGF (M) |
| Rel Date: | MEPD 2/12/00 | | Reclass: 2/07 | | Action: | **REFER TO CSR, RX PBSP-SHU REENDORSEMENT** |
| | SUB#2 8/2006 | | | | | |

Inmate Shamburger refused to appear before PBSP Facility D SHU ICC on this date for Annual/114D Review. No staff assistant was assigned as S is not illiterate, speaks English, can comprehend the issues, and is free of mental health services needs. An investigative employee was not required. Prior to Committee, S was issued an updated copy of his CDC 114D dated 8/03/06 and the CDC 812A, Notice of Critical Case Information - Prison Gang Identification, updated by IGI on 8/03/06. Committee notes a CDC 128-B2 dated 6/07/06 citing 3 documents that meet prison gang validation requirements. S is affiliated with a prison gang that is known to be involved in criminal activities which threaten the safety of others and institution security, and this requires continued segregation from the GP. S is informed, via this chrono, that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an inactive prison gang member or associate as delineated in CCR, Title 15, sections 3378(e) and 3341.5(c)(4) and (5). C-file reflects IGI completed an Active/Inactive Review on 3/31/06. S does not meet criteria for inactive status as outlined in CCR, Title 15, section 3378(e). S will be eligible for Inactive Review in 3/2012. **Committee acts to retain SHU-INDET and refer to CSR with recommendation for PBSP-SHU based on his validation as an active member of the Black Guerilla Family prison gang.** The prior CSR action dated 10/20/05, noted no concerns. DDP Review: 128C-2 in C-File S has no cellmate and committee notes the "S" custody suffix has previously been applied. **Committee acts to retain the "S" suffix because S has not successfully completed the compatibility review for double celling in PBSP SHU.** S is advised, via this chrono, of the Committee's decision and his right to appeal. BPT Sub#2 Hearing scheduled in 8/2006. Next scheduled Committee will be 2/07 for 180-Day Review.

*CSR Referral Remains Valid 4-15-06 w/st*

CHAIRPERSON:  C.SCAVETTA,AW        G.KELLEY,FC        E.DOUGLASS,LCSW        W.BARNTS,CI        RECORDER: M.PENA,CCII

CC: ☐OBIS  ☒CSR  ☐IGI  ☐PSYCH  ☐MED  ☐OTHER

Committee Date: 8/09/06        BARNTS-ah        Classification        FACILITY D ICC REVIEW

☒ 128C-2 in C-File

Inst: PBSP

No. D-16530　　　　　　　NAME: SHAMBURGER

Comment:　　PBSP-SHU retention endorsed. CS: 113

SHU Indeterminate retention endorsed per ICC action of 8/9/06. Inmate remains a threat to the security of the institution by his continuing association with a prison gang engaged in a criminal conspiracy against the safety of others. CDC 128-B-2 of 6/7/06 is noted. All referenced documents are present in the file, properly annotated and properly disclosed.

J. Isola, CSR

Date: 9/20/2006　　　　　　Classification - CSR ACTION　　　　　　　　　　PBSP