# EXHIBIT  P

NO: _D16530_    NAME: _SHAMBURGER_ , _HAROLD_    Cell/Bed: _D2-211_

Custody: _MAX S_  CS: _109_ (IV)  WG/PG: _DID_ EFF _6-7-89_    Assignment: _SHU    INDET_

RelDate: _MEPD  2-12-99_    Reclass: _1-2008_    ACTION: _RETAIN  SHU  INDET_

BPT Hearing: _SuB #3  7-2011_    _STATUS AT PBSP SHU_

Inmate _SHAMBURGER_  appeared / ~~refused to appear~~  before PBSP FAC ☒ / D SHU UCC / ICC this date for Post-Board Review. Committee notes S appeared / ~~did not appear~~ before the Board of Prison Terms (BPT) for his _SuB # 2_ Hearing on _7-26-07_. The BPT recommended that S should:

7. **Vocational Training:** _SHOW PROOF OF TRADE  AND EARN  POSITIVE CHRONO's_

8. **Academics:** _____

9. **Work Record:** _____

10. **Group Activities:** _GET SELF-HELP,  GET THERAPY WHEN AVAILABLE_

11. **Psychiatric Treatment:** _NEEDS  NEW  PSYCH  REPORT_

12. **Prison Behavior:** _BECOME AND  REMAIN DISCIPLINARY FREE_

BPT _SuB_ # _3_ Hearing is scheduled _7-2011_. S ~~was advised~~ / is advised via this chrono of Committee's decision and his right to appeal, that these recommendations are to prepare him for the next BPT hearing, and that all appeals regarding BPT actions shall be directed to the BPT. S has been advised that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC Form 128G Classification chrono or not.

Inmate comments: _____

COMMITTEE:

_____    _____    _____
Chairperson    Recorder

R. JOHNSON FC    M. PENA  CCII    W. BARNTS  CCI
Print Name/Title    Print Name/Title    Print Name/Title

CC: ☐OBIS ☐CSR ☐IGI ☐PSYCH ☐MED ☐CCI ☐I/M ☐OTHER _____

Committee Date: _8-7-07_    Classification    POST-BOARD REVIEW    PBSP-SHU