# EXHIBIT Q

| | | | |
|---|---|---|---|
| NO: D-16530 | NAME: SHAMBURGER, Harold | | HSG: D2-211 |
| Custody: MAX S | CS: 109 (IV)   D1/D EFF 6/7/90 | Assignment: SHU/INDET | |
| RelDate: MEPD 2/12/99 | Reclass: 1/2008 | Action: | **REFER CSR FOR ANNUAL RE-ENDORSEMENT SHU/INDET STATUS RX PBSP SHU** |
| BPH SUB #2 7/2007 | | | |

Inmate Shamburger appeared before PBSP FAC-D SHU ICC on this date for Annual/114D Review. No staff assistant was assigned as S is not illiterate, speaks English, can comprehend the issues, and is free of mental health services needs. An investigative employee was not required. Committee noted S has a documented hearing impairment and wears assistive hearing devices (see CDC 1845 dated 4/5/07). When asked if he could hear effectively, S said he was not waring his hearing aids but could hear Committee without them. S was advised to inform Committee if, at any time during the Committee, he could not hear the members clearly. Prior to Committee, S was issued an updated copy of his CDC 114D dated 7/6/07, and the CDC 812A, Notice of Critical Case Information - Prison Gang Identification, updated by IGI on 6/26/07. Committee notes CDC 128B2 dated 12/11/03, and updated 128B2 with a date of 6/7/06, citing a total of 13 documents that meet prison gang validation requirements. S is affiliated with a prison gang that is known to be involved in criminal activities which threaten the safety of others and institution security, and this requires continued segregation from the GP. S was informed that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an inactive prison gang member or associate as delineated in CCR, Title 15, Sections 3378(e) and 3341.5(c)(4)(5). C-file reflects IGI completed an Active/Inactive Review on 3/31/06. S does not meet criteria for inactive status as outlined in CCR, Title 15, Section 3378(e). S will be eligible for Inactive Review on or after 1/2012. **Committee acts to retain SHU/INDET and refer to CSR with recommendation for PBSP SHU based on his validation as an active member of the "Black Guerrilla Family" (BGF) prison gang.** The prior CSR action dated 9/20/06, noted no concerns. ICC notes CDC 128C Mental Health Screening Chrono dated 4/4/01, denoting no level of care. S does not meet PBSP SHU exclusionary criteria. LCSW E. Douglass was present during this Committee action. When S was questioned regarding his current mental health status, he advised Committee he did not have Psych concerns at this time. DDP Review: CDC 128C-2 is in C-file. S participated in Committee, acknowledged understanding, and disagreed with Committee action, stating that his attorney advised him to make a request to Committee to refer his case to Departmental Review Board (DRB) due to extraordinary circumstances regarding his continual retention in the SHU between 2000 and 2006. S claims he was wrongfully retained on active status by evidence not approved by the validation process, recorded on his CDC 128B2 dated 12/11/03. S states the current validation is extremely questionable due to 2 legal documents and 1 other source document, identifying S as "Rafiki Blackness," when there is no independent evidence identifying S by that AKA. Committee informed S the validation appears appropriate and that his concerns were noted and would be recorded on the CDC 128G. S has no cellmate, and Committee notes the "S" custody suffix has previously been applied. **Committee acts to retain the "S" suffix, because S has not successfully completed the compatibility review for double celling in PBSP SHU.** S was advised of Committee's decision and his right to appeal, and that any appeal of this Committee action must be submitted within 15 working days of this date, whether he has received the CDC Form 128G Classification chrono or not. BPH Subsequent #2 Hearing scheduled in 7/2007. Next scheduled Committee will be in /2008, for 180-Day Review

CSR Referral for ans valid
W/SE 8-30-07

CHAIRPERSON: C. SCAVETTA/AW        R. JOHNSON/FC        W. BARNTS/CCI        E. DOUGLASS/LCSW        RECORDER: M. PEÑA/CCII

CC: ☐OBIS ☒CSR ☐IGI ☐PSYCH ☐MED ☐C&PR ☐OTHER _____
Committee Date: 7/11/07      (BARNTS/jw)      Classification      FAC-D ICC/REVIEW      Inst: PBSP

No. D-16530  NAME: SHAMBURGER

*Comment*:

**PBSP-SHU endorsed to serve an Indeterminate SHU term. CS = 109.**

SHU Indeterminate retention endorsed per ICC action of 7/11/2007. Inmate remains a threat to the security of the institution by his continuing association with a prison gang engaged in a criminal conspiracy against the safety of others. CDC 128-B-2 of 6/7/2006 is noted. All referenced documents are present in the file, properly annotated and properly disclosed. LIFE Prisoner Status is noted. Next BPT hearing currently scheduled for 7/2011. DNH does not impact placement. Inmate is NCF per CDC 128-C2 of 3/12/2004. Violent history noted (VIO). TB Code is 32. CDC 812 is noted. Confidential file is noted. 'S' Suffix is noted.

L. Puig, CSR

Date: 9/5/2007   Classification - CSR ACTION   PBSP