# EXHIBIT  R

BPH Hearing: Sub #3 7-2011

Inmate ___SHAMBURGER___ ~~appeared~~ / refused to appear before PBSP FAC C / D SHU UCC this date for 180-Day Review. S is serving SHU Indeterminate due to his prison gang affiliation as documented on CDC 128B2 dated __6-7-06__. S is an Active / ~~Inactive / Associate~~ / Member of the __BLACK GUERRILLA FAMILY__ prison gang. S's validation was reviewed by Committee and found to meet the criteria required in CCR 3378(c). Committee acts to retain S in SHU per CCR 3341.5(c)(2)(A)2. ~~S participated in Committee's review of his case and agreed / disagreed with Committee action.~~ ~~S was informed~~ / is informed, via this chrono, that the Departmentally recognized avenues for release from SHU are through the debriefing process or through being determined to be an inactive prison gang member or associate as delineated in CCR, Title 15, sections 3378(e) and 3341.5(c)(4) and (5).
Comments: __Noted is S's CDCR 1845 INDICATING HEARING Impairment.__

Committee reviewed S for Inactive Gang Status as outlined in CCR 3341.5(c)(5) and noted the following:

[X] The last source document used in the validation process is dated __3-26-06__, indicating recent (within 6 years) gang activity.

[ ] Noted is a previous Inactive Review, documented on CDC-128B dated _____, indicating S does not meet the Inactive criteria. S will be eligible for another Inactive Review after __JAN 2012__.

[ ] The date of the most recent gang activity, as noted in S's file, could not be established. Refer S to PBSP IGI for evaluation of his current gang status.

[ ] S has previously been referred to PBSP IGI for an Inactive Review, and the review is pending.

[ ] S is pending DRB review.

[ ] S was reviewed by the DRB on _____. The DRB determined _____

[ ] S is double celled with Inmate _____, # _____, / and states they are compatible.

[X] S has no celimate and committee notes the "S" custody suffix (has) / has not previously been applied.

**Committee acts to (retain) / affix the "S" suffix**

[X] because S has not successfully completed the compatibility review for double celling in PBSP SHU.

[ ] due to _____

[X] S is advised, via this chrono of the Committee's decision and his right to appeal.

[ ] S was advised of Committee's decision and his right to appeal this Committee action and that it must be submitted within 15-working days of this date, whether he has received the CDC Form 128G Classification chrono or not.

BPH Initial / Documentation # ____ / Subsequent # __3__ Hearing scheduled in __7-2011__.
Next scheduled Committee will be __6-2008__ for __Annual__ Review.

MEMBERS: _K. Blu Cpt (A)_     _D'Errico, CCII_     _W. Barnts_
         Chairperson                                 Recorder
         _R. JOHNSON FC_     _G. D'ERRICO CCII(A)_     _W. BARNTS CCI_
         Print Name/Title          Print Name/Title          Print Name/Title

CC: [ ] OBIS  [ ] CSR  [ ] IGI  [ ] PSYCH  [ ] C&PR  [ ] MED  [ ] OTHER _____

Committee Date: __1-30-08 wb__     Classification    FAC [X] / D SHU    UCC    180-DAY REVIEW    PBSP-SHU
                __1-29-08__

Committee Date: 08/31/05    (MMP/tjs)    Classification    FAC-D ICC/Review    Inst: PBSP

~~inactive prison gang member or associate as delineated in CCR, Title 15, sections 3378(e) and 3341.5(c)(4) and (5).~~