**FILED**

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAROLD B. SHAMBURGER,<br><br>             Plaintiff,<br><br>       v.<br><br>R. KIRKLAND, et al.,<br><br>             Defendants. | C 07-4597 JSW (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION (Docket No. 28) |

Defendants move for a three-day extension of time so that their dispositive motion will be due on or by August 14, 2008. Defendants were previously granted a seventy-day extension of time to August 11, 2008, in which to file a dispositive motion. The Court has read and considered Defendants' motion and the accompanying declaration of counsel and, good cause appearing,

//

//

[Proposed] Order Granting Defs.' Mot. EOT File Dispositive Mot.                              *Shamburger v. Kirkland, et al.*
                                                                                              C 07-4597 JSW (PR)

1

1     IT IS ORDERED that Defendants' requested extension of time is GRANTED. The time in
2 which Defendants may file a dispositive motion is extended up to and including August 14,
3 2008. The time in which Plaintiff may file his opposition is extended up to and including
4 September 15, 2008. And Defendants shall file a reply concerning their dispositive motion no
5 later than September 30, 2008, or fifteen days following the date that Plaintiff's reply is filed.

Dated: __AUG 2 2 2008__

HONORABLE JEFFREY S. WHITE
United States District Judge

20131051.wpd
SF2008200041

[Proposed] Order Granting Defs.' Mot. EOT File Dispositive Mot.    *Shamburger v. Kirkland, et al.*
C 07-4597 JSW (PR)

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HAROLD SHAMBURGER,

        Plaintiff,

v.

R.KIRKLAND et al,

        Defendant.

                                /

Case Number: CV07-04597 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Harold B. Shamburger D-16530
5905 Lake Earl Drive
Crescent City, CA 95531

Kenneth T. Roost
CA State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: August 22, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk