IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

HAROLD SHAMBURGER,                    C07-4597 JSW (PR)
     PLAINTIFF,
          V.
R. KIRKLAND, ET. AL.,
     DEFENDANTS.

DECLARATION OF HAROLD SHAMBURGER IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL PLAINTIFF'S DISCOVERY REQUESTS NOS. #3, 4 AND 5.

I, HAROLD SHAMBURGER, DECLARE;

1.) PLAINTIFF SUBMITS THAT DEFENDANTS DENIAL OF HIS FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS IS WITHOUT MERIT.

2.) PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS ITEMS #3, 4 AND 5 ARE CENTRAL TO THE MATERIAL FACTS BEFORE THIS COURT;

    A. WHETHER DEFENDANT IGI SERGEANT C. STEWART MALICIOUSLY MISCLASSIFIED PLAINTIFF AS A "CURRENT ACTIVE" GANG MEMBER BASED ON TWO DOCUMENTS OF ACTIVITY PROTECTED BY THE 1ST AMENDMENT AND A DOCUMENT REJECTED ON 10/6/04 BY DEFENDANT IGI SGT. C. STEWART AND M. RANDOLPH AS UNRELATED TO GANG ACTIVITY. IN ORDER TO SILENCE PLTF'S. LEGITIMATE LEGAL ACTIVITIES AND HIS PERSISTENT LITIGATION OF HIS WRONGFUL SECURITY HOUSING UNIT ("SHU") RETENTION (PLTF'S. COMPL. 49-61).

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

HAROLD SHAMBURGER,               C07 4597 JSW (PR)
    PLAINTIFF,
        v.
R. KIRKLAND, ET. AL.,
    DEFENDANTS.

DECLARATION OF HAROLD SHAMBURGER IN SUPPORT OF PLAINTIFF'S MOTION TO COMPELL PLAINTIFF'S DISCOVERY REQUESTS NOS. #3, 4 AND 5.

I, HAROLD SHAMBURGER, DECLARE;

1.) PLAINTIFF SUBMITS THAT DEFENDANTS DENIAL OF HIS FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS IS WITHOUT MERIT.

2.) PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS ITEMS #3, 4 AND 5 ARE CENTRAL TO THE MATERIAL FACTS BEFORE THIS COURT;

    A. WHETHER DEFENDANT IGI SERGEANT C. STEWART MALICIOUSLY MISCLASSIFIED PLAINTIFF AS A "CURRENT ACTIVE" GANG MEMBER BASED ON TWO DOCUMENTS OF ACTIVITY PROTECTED BY THE 1ST AMENDMENT AND A DOCUMENT REJECTED ON 10/6/04 BY DEFENDANT (S) SGT. C. STEWART AND M. RANDOPH AS UNRELATED TO GANG ACTIVITY. IN ORDER TO SILENCE PLTF'S. LEGITIMATE LEGAL ACTIVITIES AND HIS PERSISTENT LITIGATION OF HIS WRONGFUL SECURITY HOUSING UNIT ("SHU") RETENTION (PLTF'S. COMPL. 49-61).

THIS DOCUMENT WOULD DEMONSTRATE PLAINTIFF'S CONTENTIONS THAT DEFENDANT STEWART KNOWINGLY MANIPULATED THE EVIDENCE AGAINST PLAINTIFF FOR THE PURPOSE OF DENYING PLAINTIFF A DRB REVIEW AND TO SILENCE PLAINTIFF'S JAILHOUSE LAWYERING ACTIVITIES, AND TO UNDERMINE PLAINTIFF'S CONTENTIONS THAT PELICAN BAY PRISON OFFICIALS HAD CONSPIRED TO DENY HIM A DRB REVIEW BETWEEN 2/00 — 6/06.

FOR THE REASONS SETFORTH HEREIN THIS COURT SHOULD GRANT PLAINTIFF'S FIRST SET OF DOCUMENT REQUEST NOS. 3-5 BECAUSE THESE DOCUMENTS ARE MATERIAL TO THOSE DISPUTED ISSUES BEFORE THIS COURT.

I, DECLARE UNDER PENALTY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: SEPTEMBER 1 2008

*Shamburger*
/S/ HAROLD SHAMBURGER

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, _H. SHAMBURGER_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the _1ST_ day of _SEPTEMBER_, in the year of 20_08_, I served the following documents: (set forth the exact title of documents served)

_PLAINTIFF'S DECLARATION IN SUPPORT OF HIS MTN._
_TO PRODUCE DOCUMENTS SOUGHT PLTF'S. FIRST_
_SET OF DOCUMENTS REQUESTED NOS 1 — 5._

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

KENNETH T. ROOST
DEPUTY ATTY. GENERAL
455 GOLDEN GATE AVE
SAN FRANCISCO, CA
94102-3664

U.S. DISTRICT COURT
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102
U.S. DISTRICT JUDGE
JEFFREY S. WHITE

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _1ST_ day of _SEPTEMBER_, 20 _08_.

Signed: _Shamburger_
(Declarant Signature)

Rev. 12/06



HAROLD SHANKER JR #D16530
D221
PO BOX 750
CRESCENT CITY, CA 95532

LEGAL MAIL
CONFIDENTIAL / PRIVATE

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE
SAN FRANCISCO, CA 94102
U.S. DISTRICT JUDGE JEFFREY S. WHITE

MAILED FROM ZIP CODE 95
SEP 04
$ 00.4
0004217666
02 1M