FILED
08 SEP 10 PM 1:55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD B. SHAMBURGER,          C074597 JSW (PR)
         PLAINTIFF,
    V.
R. KIRKLAND, ET. AL.,
         DEFENDANTS.

PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE A OPPOSITION MOTION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTION TO DISMISS.

PLAINTIFF HAROLD B. SHAMBURGER REQUEST HEREIN REQUEST A 60 DAY EXTENSION OF TIME UP TO AND INCLUDING OCTOBER 31 2008 IN WHICH TO FILE HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT / MOTION TO DISMISS.

AS EXPLAINED IN PLAINTIFF'S ACCOMPANYING DECLARATION. PLAINTIFF REQUESTS ADDITIONAL TIME TO FINALIZE HIS SUPPORTING DECLARATIONS IN THE WAKE OF THE DEFENDANTS UNANTICIPATED AFFIRMATIVE DEFENSE - CLAIMING THAT PLAINTIFF FAILED TO EXHAUST HIS AVAILABLE ADMINISTRATIVE REMEDIES. PLAINTIFF CONTENDS THAT THE PERSON THAT SERVICED HIS PRISON GRIEVANCE, VIA U.S. MAIL, TO: PELICAN BAY STATE PRISON'S WARDEN NO LONGER WORKS AT THE PRISON ADVOCACY PROGRAM

PROGRAM AND HAS RELOCATED TO HER BIRTH PLACE IN THE UNITED KINGDOM (UK). AND 2.) PLAINTIFF AWAITS THE RESOLUTION OF HIS PENDING MOTION TO PRODUCE DOCUMENTS. NEEDED DOCUMENTS ESSENTIAL TO THOSE MATERIAL FACTS THAT WILL BE SETFORTH AND ARGUMENT IN HIS OPPOSITION TO SUMMARY JUDGMENT MOTION.

PLAINTIFF HAS RECEIVED NO PREVIOUS EXTENSION OF TIME.

DATED: SEPTEMBER 1, 2008

RESPECTFULLY SUBMITTED

*[signature]*
TST HAROLD SHAMBERGER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAROLD SHAMBURGER,                C074597 JSW (PR)
    PLAINTIFF,
        v.
R. KIRKLAND, ET. AL.,
    DEFENDANTS.


PLAINTIFF DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME.


I, HAROLD SHAMBURGER, DECLARE;
1. I AM THE PLAINTIFF IN THE ABOVE CAUSE OF ACTION.
2. ON AUGUST 22 2008 I RECEIVED VIA U.S. MAIL A COPY OF DEFENDANTS' SUMMARY JUDGMENT MOTION / MOTION TO DISMISS. THEREIN DEFENDANTS SETFORTH A UNANTICIPATED ARGUMENT FALSELY ALLEGING THAT PLAINTIFF HAD FAILED TO EXHAUST ALL HIS AVAILABLE ADMINISTRATIVE REMEDIES.
3. PLAINTIFF NEEDS ADDITIONAL TIME TO LOCATE THE PERSON THAT SERVICE VIA U.S. MAIL, HIS PRISON GRIEVANCE, TO: PELICAN BAY STATE PRISON WARDEN;
    SUBJECT: PLAINTIFF'S 3/06 PRE VALIDATION AND 6/06 "ACTIVE" VALIDATION AS RETALIATORY FOR PLAINTIFF'S JAILHOUSE LAWYERING AND PERSISTANT LITIGATION OF HIS ERRONEOUS INDET. SHU PROGRAM. PLAINTIFF SOUGHT IMMEDIATE RELEASE PER MADRID AT 1273 ARGUING (IF THE LAW ENFORCEMENT INVESTIGATIONS UNIT (LEIU)

HAD NOT MADE THE "CURRENTLY ACTIVE" DETERMINATION, PLAINTIFF'S CLASSIFICATION COMMITTEE COULD NOT RETAIN PLAINTIFF ON A INDETERMINATE SHU PROGRAM. PLAINTIFF'S CLASSIFICATION COMMITTEE WAS REQUIRED TO EITHER RELEASE PLAINTIFF TO THE GENERAL PRISON POPULATION OR REFER HIS CASE BACK TO THE LEIU FOR A DETERMINATION. IF PLAINTIFF WAS CURRENTLY ACTIVE.).

4. PLAINTIFF'S MOTION TO PRODUCE DOCUMENTS — DOCUMENTS ESSENTIAL TO HIS CLAIMS THAT TWO OF THE THREE DOCUMENTS DEFENDANTS ASSERT AS A GANG ROSTER ARE IN FACT ACTIVITIES PROTECTED BY THE 1ST AMENDMENT AND A DOCUMENT THAT DEFENDANT IGI SERGEANT C. STEWART AND IGI SERGEANT M. RANDOPH FOUND TO BE UNRELATED TO GANG ACTIVITIES.

5. PLAINTIFF RESPECTFULLY REQUEST A 60 DAY EXTENSION OF TIME TO FILE HIS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT/MOTION TO DISMISS.

6. THIS REQUEST FOR AN EXTENSION OF TIME IS NOT MADE FOR THE PURPOSE OF HARASSMENT, UNDUE DELAY OR ANY IMPROPER REASON.

I, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON SEPTEMBER 1 2008. IN CRESCENT CITY, CALIFORNIA.

/S/ Shamburger
HAROLD SHAMBERGER

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, _H. SHAMBURGER_, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the _1ST_ day of _SEPTEMBER_, in the year of 20_08_, I served the following documents: (set forth the exact title of documents served)

_PLAINTIFF'S DECLARATION / MTN. FOR EXTENSION OF TIME, TO FILE PLAINTIFF'S OPPOSITION MTN. TO DEFTS. MTN. FOR SUMM. JUDGMT. / MTN. TO DISMISS_

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

_KENNETH T. ROOST_　　_U.S. DISTRICT COURT_
_DEPUTY ATTY. GENERAL_　　_450 GOLDEN GATE AVE_
_455 GOLDEN GATE AVE_　　_SAN FRANCISCO, CA 94102_
_SAN FRANCISCO, CA_　　_U.S. DISTRICT JUDGE_
_94102 3664_　　_JEFFREY S. WHITE_

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _1ST_ day of _SEPTEMBER_, 20_08_.

Signed: _Shamburger_
(Declarant Signature)

Rev. 12/06



9-2-08

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-2

PBSP
INMATE ENVELOPES